AARON D. FORD
  Attorney General
Erica Berrett (Bar. No. 13826)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
(702) 486-3110 (phone)
(702) 486-2377 (fax)
EBerrett@ag.nv.gov
Attorneys for Respondents

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIANO MADRID,<br><br>    Petitioner,<br><br>vs.<br><br>JERRY HOWELL, *et al.*,<br><br>    Respondents. | Case No. 2:19-cv-01659-APG-NJK<br><br>**MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER**<br><br>**(FIRST REQUEST)** |

Respondents move this Court for an enlargement of time of fifty-nine (59) days from the current due date of June 1, 2021, up to and including July 30, 2021, in which to file their answer to the remaining claims of Petitioner Madrid's Petition for Writ of Habeas Corpus (ECF No. 9). This Motion is made pursuant to FED. R. CIV. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel. This is the first enlargement of time sought by Respondents to file the answer, and the request is brought in good faith and not for the purpose of delay.

DATED: June 1, 2021.

Submitted by:

AARON D. FORD
Attorney General

By:   /s/ Erica Berrett
     Erica Berrett (Bar. No. 13826)
     Deputy Attorney General

IT IS SO ORDERED:

Dated:  June 1, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE