# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Mariano Madrid,<br><br>　　　　Petitioner<br><br>v.<br><br>Jerry Howell, et al.,<br><br>　　　　Respondents | Case No.: 2:19-cv-01659-APG-NJK<br><br>**ORDER** |

I HEREBY ORDER that the respondents' motion for extension of time to file their answer **(ECF No. 47) is GRANTED**. The respondents' answer to the remaining claims of the Petition for Writ of Habeas Corpus is due **September 20, 2021**. Counsel for the respondents is cautioned that future requests for an extension may be declined absent extraordinary circumstances.

Dated: August 30, 2021.

_____
U.S. District Judge Andrew P. Gordon