# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Mariano Madrid,<br><br>    Petitioner<br><br>v.<br><br>Jerry Howell, et al.,<br><br>    Respondents | Case No.: 2:19-cv-01659-APG-NJK<br><br>**ORDER** |

Petitioner Madrid moves for an extension of time within which to file his Reply to the State's Answer in this is federal habeas proceeding under 28 U.S.C. § 2254. ECF No. 50. Good cause appearing, I will grant the motion.

I THEREFORE ORDER that Madrid has until January 5, 2022, to file his Reply.

Dated: October 21, 2021

_____
U.S. District Judge Andrew P. Gordon