## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Mariano Madrid, | Case No.: 2:19-cv-01659-APG-NJK |
| Petitioner | |
| v. | **ORDER** |
| William Hutchings, et al., | |
| Respondents | [ECF Nos. 57/59] |

This habeas case is on remand from the court of appeals for the limited purpose of ruling on petitioner Madrid's motion to reopen the time for appeal. ECF No. 59. In response to my prior order providing the respondents an opportunity to oppose the motion (ECF No. 60), respondents leave the decision to my discretion. ECF No. 62. Madrid's claim that he did not receive timely notice of judgment is unchallenged, and he meets the other conditions of Fed. R. App. P. 4(a)(6). So, I grant the motion. *See United States v. Withers*, 638 F.3d 1055, 1061–62 (9th Cir. 2011).

I THEREFORE ORDER that Madrid's motion to reopen the time for appeal (ECF Nos. 57/59) is GRANTED. The time to file a notice of appeal of the court's September 7, 2022, judgment (ECF No. 56) is extended to October 20, 2022. Accordingly, Madrid's notice of appeal (ECF No. 57) is timely.

I FURTHER ORDER that the Clerk of Court serve a copy of this order on the United States Court of Appeals for the Ninth Circuit (Case No. 22-16639).

Dated: December 28, 2022

_____
U.S. District Judge Andrew P. Gordon